# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**SUSAN BELAIR and DOUG BELAIR,**

        **Plaintiffs,**

**V.**                                        **Case No: 2:12-CV-119-FtM-99SPC**

**TARGET CORPORATION,**

        **Defendant.**

_____/

## <u>ORDER</u>

This matter comes before the Court on Plaintiffs' Motion to Compel Defendant's Answers to First Set of Interrogatories and Responses to First Request for Production (Doc. #14) filed on June 20, 2012. Defendant has not filed a response to the instant Motion and the time to do so has passed. Therefore, the Motion is now ripe for review.

Plaintiffs Susan and Doug Belair move the Court to compel Defendant, Target Corporation, to respond to Plaintiffs' First Set of Interrogatories and responses to Plaintiffs' First Request for Production. Plaintiffs assert that it served this discovery on Defendant on February 13, 2012, and Defendant failed to respond within the time required pursuant to Fed. R. Civ. P. 33 and 34. As of the date of the filing of the Motion to Compel, no responses have been received from Defendant. Plaintiffs assert that the answers and responses to the propounded discovery are necessary for the prosecution of this case.

The Federal Rules state that, "[t]he party upon whom the request [for production] is served shall serve a written response within 30 days after the service of the request." Fed. R. Civ. P. 34(b). Likewise, a party upon whom interrogatories have been served has 30days to respond

either by filing answers or objections to the propounded interrogatories. Fed. R. Civ. P. 33(b). If the serving party does not receive a response to their interrogatories and request for production, then the serving party may request an order compelling disclosure. Fed. R. Civ. P. 37(a). Whether or not to grant the motion to compel is at the discretion of the trial court. Commercial Union Insurance Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984).

The Court finds good cause to grant the requested relief in Plaintiffs' Motion. Defendant is directed to respond to Plaintiffs' discovery requests.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion to Compel Defendant's Answers to First Set of Interrogatories and Responses to First Request for Production (Doc. #14) is **GRANTED**. Defendant shall have up to and including **July 23, 2012**, to produce answers and responses to Plaintiffs' First Set of Interrogatories and Plaintiffs' First Request for Production

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record